Richard C. Busse, OSB #74050
rbusse@busseandhunt.com
Kirsten Rush, OSB #124426
krush@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 248-0504
Facsimile: (503) 248-2131

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAURA WOODALL,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL PARTS DISTRIBUTION LLC,<br>a North Carolina limited liability company,<br>d/b/a CARQUEST AUTO PARTS,<br><br>    Defendant. | Case No. 3:14-CV-01593-HU SB<br><br>STIPULATED ORDER OF<br>DISMISSAL WITH PREJUDICE |

    Pursuant to FRCP 41(a)(2), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs or fees to either party.

////

////

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

STIPULATED ORDER OF DISMISSAL W/ PREJUDICE
Page 1

Based upon the stipulation of the parties, it is hereby

ORDERED that this case be dismissed with prejudice and without costs to any party.

Dated: *Feb. 27*, 2015.

*/s/ Stacie F. Beckerman*
THE HONORABLE ~~DENNIS J. HUBEL~~
STACIE F. BECKERMAN

IT IS SO STIPULATED:

| BUSSE & HUNT | LANE POWELL PC |
|---|---|
| */s/ Richard C. Busse* | */s/ David G. Hosenpud* |
| RICHARD C. BUSSE, OSB #740507 | David G. Hosenpud, OSB #832414 |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |
| Dated: February 13, 2015 | Dated: February 26, 2015 |

P:\WPDOCS\WOODALL\Dismissal.wpd

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

STIPULATED ORDER OF DISMISSAL W/ PREJUDICE
Page 2